THE PEOPLE v. HERNÁNDEZ.

APPEAL from the District Court of Arecibo.

No. 196.—Decided November 10, 1909.

CRIMINAL LAW—STATEMENT OF THE CASE—CERTIFICATE—REVIEW OF EVIDENCE.—
In order that the Supreme Court may consider on appeal the evidence taken
at the trial in the court below, it is necessary that the same be included in a
bill of exceptions, statement of facts, or statement of the case, duly approved
and certified by the trial judge.

The facts are stated in the opinion.

*Mr. Rodríguez Cebollero* for appellant.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE DEL TORO delivered the opinion of the court.

This is an appeal taken from a judgment rendered by the
District Court of Arecibo sentencing Ramón Hernández as
guilty of a crime against the public health, to be confined in
jail for a period of two months, and to pay a fine of $50 and
the costs.

The transcript of the record is composed of the informa-
tion, the plea of the defendant, the judgment and the notice of
appeal.

The record having been received in this Supreme Court,
the appellant, through his counsel, filed a brief in which he
included a statement of facts, notice of which does not appear
to have been served on the adverse party, nor is it approved
or certified to by the trial judge; and taking such statement
as a basis, the evidence is discussed, and it is alleged that it is
insufficient to support the judgment.

This Supreme Court has, on a number of occasions, hereto-
fore decided that the way of permitting the consideration on
an appeal of the evidence heard at the trial, is to include it in
a bill of exceptions or statement of facts, duly approved and
certified to by the trial judge.

The evidence alleged to have been heard has therefore not come to us in an authentic form, and we cannot take it into consideration in order to determine whether it was sufficient or insufficient to warrant the judgment.

Consequently, having furthermore examined all the records and found that no material error whatsoever has been committed, we are of the opinion that the judgment appealed from should be affirmed.

*Affirmed.*

Justices Figueras, MacLeary and Wolf concurred.

Mr. Chief Justice Hernández did not take part in the decision of this case.